UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                          Case No. 22-CR-150

LANDON J. NOW,

    Defendant.

## ORDER ADOPTING REPORT AND RECOMMENDATION

Defendant Landon Now is charged with providing False Information to a Licensed Firearms Dealer and Illegal Receipt of a Firearm by a Person Under Indictment, contrary to 18 U.S.C. §§ 922 and 924. On August 26, 2022, Now filed a "Motion to Dismiss and/or in the Alternative for a Bill of Particulars" and the assigned magistrate judge issued a Report and Recommendation on September 13, 2022. No written objection to the "Order and Recommendation" was filed.

Having failed to file a timely objection, Now's right to review of the Report and Recommendation is waived. For this reason and for the reasons set forth in Magistrate Judge Duffin's Report and Recommendation, which is hereby adopted by the court, Now's Motion to Dismiss, Dkt. No. 12, is **DENIED**.

**SO ORDERED** at Green Bay, Wisconsin this 1st day of November, 2022.

                                               s/ William C. Griesbach
                                               William C. Griesbach
                                               United States District Judge