UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

    v.                                     Case No. 22-CR-150

LANDON J. NOW,

        Defendant.

## ORDER ADOPTING REPORT AND RECOMMENDATION

Based upon the Report and Recommendation (Dkt. No. 47) of Magistrate Judge William E. Duffin, to which no objection has been made, the court hereby adopts the magistrate judge's recommendation and orders that Now's motions to dismiss (Dkt. Nos. 33, 34, and 35) be denied.

**SO ORDERED** at Green Bay, Wisconsin this 30th day of March, 2023.

                                        s/ William C. Griesbach
                                        William C. Griesbach
                                        United States District Judge